## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| JAVIER ANTONIO PONCE-LEIVA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN, OF THE ERO EL PASO | § | No.  3:26-CV-00727-LS |
| EAST MONTANA CAMP; MARY DE | § | |
| ANDA-YBARRA, EL PASO ICE | § | |
| FIELD OFFICE DIRECTOR; TODD | § | |
| LYONS, ACTING DIRECTOR U.S. | § | |
| CUSTOMS AND IMMIGRATION | § | |
| ENFORCEMENT; KRISTI NOEM, | § | |
| U.S. SECRETARY OF HOMELAND | § | |
| SECURITY; AND PAMELA BONDI, | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Motion to Dismiss,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 28, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.